United States District Court
Southern District of Texas
ENTERED

AUG 13 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 11 1998

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HANSEN-MUELLER COMPANY | * |
| versus | * |
| | * C.A. No.: B-97-91 |
| M/V OZGE AKSOY, her engines, | * (636(c)) |
| tackle, furniture, apparel, etc., *in rem* | * Rule 9 (h) |
| and KUZEY SHIPPING & TRADING | * |
| S.A., AKMAR SHIPPING & TRADING | * |
| S.A. and POSEIDON SCHIFFAHRT | |
| GMBH, *in personam* | * |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, therefore, it is

ORDERED that this cause be and the same hereby is dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days of the entry of this Order, upon showing that the settlement has not been consummated by the payment of settlement funds and the exchange of mutual releases.

The bond posted by defendant in this action shall not be cancelled, but shall be maintained by defendants and remain on file in this action until the settlement has been consummated by the payment of the agreed-upon settlement amount and the exchange of a mutual release, and the entry of a final order of dismissal reflecting a consummation of the settlement.

The clerk shall enter this Order and provide all parties with a true copy.

Entered at Brownsville, Texas, this 11th of August, 1998.

UNITED STATES MAGISTRATE JUDGE

F:\WP\O\OZGE AKSOY\order of dismissal 7-22-98.wpd