35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

HANSEN-MUELLER COMPANY               *

   VS                                *   C.A. NO. B97 091

THE M/V OZGE ASKOY, her engines,*
Tackle, apparel, etc., *in rem*

## ORDER SETTING CONFERENCE

A conference in above-captioned and numbered cause of action is hereby set for **Thursday, January 14, 1999, at 2:00 p.m.** Said conference can be held telephonically if requested by the parties.

DONE at Brownsville, Texas, this **22nd** day of **December, 1998.**

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570