36

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HANSEN-MUELLER COMPANY | * |
| | * |
| versus | * |
| | * C.A. No.: B-97-91 |
| M/V OZGE AKSOY, her engines, | * |
| tackle, furniture, apparel, etc., *in rem* | * ADMIRALTY |
| and KUZEY SHIPPING & TRADING | * |
| S.A., AKMAR SHIPPING & TRADING | * |
| S.A. and POSEIDON SCHIFFAHRT | * |
| GMBH, *in personam* | * |

## JUDGMENT

Considering the settlement agreement entered into by the parties, the facts and the legal position asserted in plaintiff's motion and the supporting affidavit of plaintiff's counsel, and in defendants' response and the counter-affidavit of its counsel, and the applicable law:

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff, Hansen-Mueller Company, and against defendants, M/V OZGE AKSOY and Kuzey Kenizicilik Ve Ticaret A.S., in the amount of FORTY TWO THOUSAND, FIVE HUNDRED AND 00/100 DOLLARS ($42,500); and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that in the discretion of this Court, there is sound justification supporting plaintiff's prayer for sanctions, and therefore, there shall be judgment in favor of plaintiff Hansen-Mueller Company, and against defendants, for 22 hours of attorney time at the rate of $165 per hour to trace defendants, who repeatedly failed to respond to plaintiff's inquiries concerning the settlement, to prepare plaintiff's motion to reinstate this action, and to attend the status conference before this Court on January 14, 1999, for costs in the amount of $500

and interest on the total sum due pursuant to this judgment, at the legal rate, commencing from the date of the settlement (July 16, 1998) until paid.

Entered at Brownsville, Texas this 15th day of January, 1999.

UNITED STATES DISTRICT JUDGE

F:\WP\O\OZGE AKSOY\judgment 1-14-99.wpd

ClibPDF - www.fastio.com