3 9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**JAN 2 2 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HANSEN-MUELLER COMPANY | § | |
| | § | |
| vs. | § | |
| | § | |
| M/V OZGE ASKOY, her engines, | § | |
| tackle, furniture, apparel, etc., *in rem...* | § | **C.A. No. B-97-91** |
| and KUZEY SHIPPING & TRADING | § | **ADMIRALTY** |
| S.A., AKMAR SHIPPING & TRADING | § | |
| S.A. and POSEIDON SCHIFFAHRT | § | |
| GMBH, *in personam* | § | |

## MOTION TO RELEASE SECURITY

TO THE HONORABLE JUDGE OF SAID COURT:

HANSEN-MUELLER COMPANY, ("Plaintiff") presents this Motion to Release Security and in support would show unto the Court as follows:

### I.

On or about April 25, 1997, Plaintiff filed a bond for costs with the Clerk of the Court in the amount of $250.00 in connection with the prosecution of an *in rem* maritime action. A copy of the bond is attached hereto as Exhibit "A."

### II.

The captioned cause has since been resolved, and a final judgment was entered on or about January 19, 1999. A copy of the Judgment is attached hereto as Exhibit "B." Accordingly, Plaintiff respectfully requests that this Court issue an Order releasing the above-referenced security.

FMAHLEY\970297\233292_1

**PREMISES CONSIDERED**, Plaintiff requests that this Motion to Release Security be granted.

Respectfully submitted,

F. WILLIAM MAHLEY
State Bar No. 12836740
Federal I.D. 14888
1301 McKinney, Suite 3200
Houston, Texas 77010
(713) 651-0600 Telephone
(713) 651-1944 Facsimile

ATTORNEY-IN-CHARGE FOR PLAINTIFF
HANSEN-MUELLER COMPANY

OF COUNSEL:

GRIGGS & HARRISON, P.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 5 1997

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| HANSEN-MUELLER COMPANY | § | |
| | § | |
| versus | § | |
| | § | |
| M/V OZGE ASKOY, her engines, | § | C.A. No. B - 97 - 91 |
| tackle, furniture, apparel, etc., *in rem*... | § | ADMIRALTY |
| and KUZEY SHIPPING & TRADING | § | |
| S.A., AKMAR SHIPPING & TRADING | § | |
| S.A. and POSEIDON SCHIFFAHRT | § | |
| GMBH, *in personam* | § | |

## COST BOND FOR AN *IN REM* ACTION

WHEREAS, a verified complaint was filed in this Court by Hansen-Mueller Company against the M/V OZGE ASKOY, her engines, tackle, apparel, etc., *in rem*, praying that process may issue against said vessel, for the reasons and causes set forth in said verified complaint; and

WHEREAS, plaintiff as principal, and Reliance Insurance Company, as surety, hereby consent and agree that they are firmly bound unto the Clerk of Court of the United States District Court for the Southern District of Texas and unto the M/V OZGE ASKOY and those making claims against her, in the sum of $250.00 lawful money of the United States of America for the payment of which well and truly to be made, we and each of us, bind ourselves, our successors and assigns by these presents;

NOW, THEREFORE, the above obligation is subject to a condition such that if all costs and disbursements incurred by reason of the process issued against said vessel, or otherwise paid, then the obligation shall be void; otherwise, it shall remain in full force and effect.

## EXHIBIT
A

IN WITNESS WHEREOF, we, the principal and surety, have caused this instrument to be executed on this ___ day of April, 1997.

HANSEN-MUELLER COMPANY

By: _____
F. William Mahley
Attorney-in-Fact

RELIANCE INSURANCE COMPANY

By: _____
William A. Harrison
Attorney-in-Fact

FWM/000001/129515_1.wpd

# THIS FORM IS VOID IF BACKGROUND IS NOT BLUE.

 **Reliance**

RELIANCE SURETY COMPANY
UNITED PACIFIC INSURANCE COMPANY
RELIANCE INSURANCE COMPANY
RELIANCE NATIONAL INDEMNITY COMPANY

4 Penn Center Plaza
Philadelphia, PA 19103
(215) 864-4000

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That the RELIANCE SURETY COMPANY is a corporation organized under the laws of the State of Delaware, and that RELIANCE INSURANCE COMPANY and UNITED PACIFIC INSURANCE COMPANY, are corporations duly organized under the laws of the Commonwealth of Pennsylvania and that RELIANCE NATIONAL INDEMNITY COMPANY is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called "the Companies") and that the Companies by virtue of signature and seals do hereby make, constitute and appoint Charles H. Post, Jr., W. Garney Griggs, and William H. Harrison individually of Houston, Texas their true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver for and on their behalf, and as its act and deed, one of the following bonds:
ADMINISTRATOR, EXECUTOR, PERSONAL REPRESENTATIVE, COMMISSIONER, SALE OF REAL ESTATE, CONSERVATOR, COMMITTEE, GUARDIAN, TRUSTEE UNDER WILL, TRUSTEE OR RECEIVER IN BANKRUPTCY or RECEIVER IN STATE COURT in an amount not to exceed $1,000,000.00.

ANY OTHER BOND OR UNDERTAKING OF SURETYSHIP in an amount not to exceed $100,000.00.

ANY BOND OR INDEMNITY PROVIDED THAT WRITTEN AUTHORITY FROM AN OFFICER OF RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, RELIANCE NATIONAL INDEMNITY COMPANY AND/OR RELIANCE SURETY COMPANY SPECIFICALLY AUTHORIZING ITS EXECUTION ACCOMPANIES THIS POWER OF ATTORNEY.
and to bind the Companies thereby as full and to the same extent as if such bonds and undertakings and other writings obligatory in the nature thereof were signed by an Executive Officer of the Companies and sealed and attested by one other of such officers, and hereby ratifies and confirms all that their said Attorney(s)-in-Fact may do in pursuance hereof.

This Power of Attorney is granted under and by authority of Article VII of the By-Laws of RELIANCE SURETY COMPANY, RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, and RELIANCE NATIONAL INDEMNITY COMPANY which provisions are in full force and effect, reading as follows:

### ARTICLE VII - EXECUTION OF BONDS AND UNDERTAKING

1. The Board of Directors, the President, the Chairman of the Board, any Senior Vice President, any Vice President or Assistant Vice President or other officer designated by the Board of Directors shall have power and authority to (a) appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof, and (b) to remove any such Attorney(s)-in-Fact at any time and revoke the power and authority given to them.

2. Attorney(s)-in-Fact shall have power and authority, subject to the terms and limitations of the Power of Attorney issued to them, to execute and deliver on behalf of the Company, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof. The corporate seal is not necessary for the validity of any bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof.

3. Attorney(s)-in-Fact shall have power and authority to execute affidavits required to be attached to bonds, recognizances, contracts of indemnity or other conditional or obligatory undertakings and they shall also have power and authority to certify the financial statement of the Company and to copies of the By-Laws of the Company or any article or section thereof.

This Power of Attorney is signed and sealed by facsimile under and by authority of the following resolution adopted by the Executive and Finance Committees of the Boards of Directors of Reliance Insurance Company, United Pacific Insurance Company and Reliance National Indemnity Company by Unanimous Consent dated as of February 28, 1994 and by the Executive and Financial Committee of the Board of Directors of Reliance Surety Company by Unanimous Consent dated as of March 31, 1994.
"Resolved that the signatures of such directors and officers and the seal of the Company may be affixed to any such Power of Attorney or any certificates relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such Power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company, in the future with respect to any bond or undertaking to which it is attached."

IN WITNESS WHEREOF, the Companies have caused these presents to be signed and by their corporate seals to be hereto affixed, this 6th day of May, 1994.

STATE OF **Pennsylvania**
COUNTY OF **Philadelphia** ss.



*Charles B Schmalz*
Vice President

On this May 6, 1994, before me, Denise L. Fontaine, personally appeared Charles B. Schmalz, who acknowledged himself to be the Executive Vice President of the RELIANCE SURETY COMPANY, and the Vice President of RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, and RELIANCE NATIONAL INDEMNITY COMPANY and that as such, being authorized to do so, executed the foregoing instrument for the purpose therein contained by signing the name of the corporation by himself as its duly authorized officer.

My Commission Expires:

**March 30, 1998**

NOTARIAL SEAL
DENISE L. FONTAINE, Notary Public
Radnor Twp. Delaware Co.
My Commission Expires March 30, 1998

*Denise L. Fontaine*
Notary Public In and for State of **Pennsylvania**

I, Anita Zippert, Secretary of the RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, RELIANCE NATIONAL INDEMNITY COMPANY and/or RELIANCE SURETY COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by RELIANCE INSURANCE COMPANY, UNITED PACIFIC INSURANCE COMPANY, RELIANCE NATIONAL INDEMNITY COMPANY and/or RELIANCE SURETY COMPANY, which is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Company this _____ day of _____

   

*Anita Zippert*
Secretary

Case 1:97-cv-00091 Document 39 Filed in TXSD on 01/22/2001 Page 6 of 7

36

United States District Court
Southern District of Texas
ENTERED

**JAN 1 9 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| **HANSEN-MUELLER COMPANY** * | |
| * | |
| **versus** * | |
| * | **C.A. No.: B-97-91** |
| **M/V OZGE AKSOY, her engines,** * | |
| **tackle, furniture, apparel, etc.,** *in rem* * | **ADMIRALTY** |
| **and KUZEY SHIPPING & TRADING** * | |
| **S.A., AKMAR SHIPPING & TRADING** * | |
| **S.A. and POSEIDON SCHIFFAHRT** * | |
| **GMBH,** *in personam* * | |

## JUDGMENT

Considering the settlement agreement entered into by the parties, the facts and the legal

position asserted in plaintiff's motion and the supporting affidavit of plaintiff's counsel, and in

defendants' response and the counter-affidavit of its counsel, and the applicable law:

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of

plaintiff, Hansen-Mueller Company, and against defendants, M/V OZGE AKSOY and Kuzey

Kenizicilik Ve Ticaret A.S., in the amount of FORTY TWO THOUSAND, FIVE HUNDRED AND

00/100 DOLLARS ($42,500); and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that in the discretion of this

Court, there is sound justification supporting plaintiff's prayer for sanctions, and therefore, there shall

be judgment in favor of plaintiff Hansen-Mueller Company, and against defendants, for 22 hours of

attorney time at the rate of $165 per hour to trace defendants, who repeatedly failed to respond to

plaintiff's inquiries concerning the settlement, to prepare plaintiff's motion to reinstate this action, and

to attend the status conference before this Court on January 14, 1999, for costs in the amount of $500

## EXHIBIT



CVAPDF - www.fesko.com

Case 1:97-cv-00091 Document 39 Filed in TXSD on 01/22/2001 Page 7 of 7

and interest on the total sum due pursuant to this judgment, at the legal rate, commencing from the date of the settlement (July 16, 1998) until paid.

Entered at Brownsville, Texas this <u>15th</u> day of January, 1999.

UNITED STATES DISTRICT JUDGE

F:\WP\KOZAK AKSOY\judgment 1-14-99.wpd