40

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HANSEN-MUELLER COMPANY | § | |
| | § | |
| vs. | § | |
| | § | |
| M/V OZGE ASKOY, her engines, | § | |
| tackle, furniture, apparel, etc., *in rem*... | § | C.A. No. B-97-91 |
| and KUZEY SHIPPING & TRADING | § | ADMIRALTY |
| S.A., AKMAR SHIPPING & TRADING | § | |
| S.A. and POSEIDON SCHIFFAHRT | § | |
| GMBH, *in personam* | § | |

## ORDER

On this the 29 day of January 2001, came on to be heard the Motion to Release Security Bond of Plaintiff, **HANSEN-MUELLER COMPANY,** and the Court having considered the Motion, is of the opinion that said motion should be **GRANTED.**

It is hereby **ORDERED,** that the Cost Bond for *In Rem* Action in the amount of $250.00 filed by the Plaintiff on or about April 25, 1997, is released.

Brownsville, Texas, this 29th day of January 2001.

_____
UNITED STATES DISTRICT JUDGE

FMAHLEY\970297\233292_1